# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:09CV206

| | |
|---|---|
| ARENT FOX, LLP, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| INTERNATIONAL HOME FASHIONS, ) | |
| INC., ) | |
| ) | |
| Appellee. ) | |
| ) | |

**THIS MATTER** is before the Court on the Appellant's motions for admission *pro hac vice* of Heike M. Vogel and Robert M. Hirsh, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Appellant's motions are **ALLOWED**, and Heike M. Vogel and Robert M. Hirsh are hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: July 27, 2009

*[signature]*

Lacy H. Thornburg
United States District Judge