**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO. 1:09CV180**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **INTERNATIONAL HOME FASHIONS,** | ) | |
| **INC.,** | ) | **Adv. Case No. 08-10434** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| **ARENT FOX, LLP,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| **INTERNATIONAL HOME FASHIONS** | ) | |
| **INC.,** | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Appellant's failure to file its

brief within the deadline set forth by the scheduling order entered by the

Clerk on July 17, 2009.

On July 17, 2009, the Clerk entered the briefing scheduling order

directing Appellant file its brief on or before 15 days from the date of the

notice, or by August 4, 2009.  To date, Appellant has filed no brief or request for an extension of time in which to do so.

**IT IS, THEREFORE, ORDERED** that the Appellant advise the Court in writing within 10 days from entry of this Order of any explanation for its failure to abide by the Court's briefing schedule.  Appellant's failure to do so will result in the appeal being summarily dismissed for failure to prosecute.

Signed: August 7, 2009

Lacy H. Thornburg
United States District Judge