IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:09CV206

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERNATIONAL HOME FASHIONS, INC., | ) ) | Adv. Case No. 08-10434 |
| | ) | |
| Debtor. | ) ) | |
| | ) | |
| ARENT FOX, LLP, | ) ) | |
| Appellant, | ) ) | |
| Vs. | ) ) | O R D E R |
| INTERNATIONAL HOME FASHIONS INC., | ) ) ) | |
| Appellee. | ) ) | |

**THIS MATTER** is before the Court on Appellant's response to the Court's Show Cause Order entered herein on August 10, 2009.

For the reasons stated in the Appellant's response, the Court finds good cause has been shown for the non-filing of its brief herein.

**IT IS, THEREFORE, ORDERED** that the Court's Show Cause Order has been satisfied by the Appellant.

**IT IS FURTHER ORDERED** that Appellant file its brief herein within 15 days from entry of this Order. Appellee shall file its responsive brief 15 days after service of Appellant's brief.

Signed: August 13, 2009

Lacy H. Thornburg
United States District Judge